```
UNITED STATES BANKRUPCTY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 09425
   DEBBIE L VARGAS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-2866


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 03/16/2005 and was confirmed 05/26/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  22.03% from remaining funds.

      The case was paid in full 10/24/2007.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------------
ALL STATE INSURANCE      UNSECURED      NOT FILED          .00           .00
AT & T BANKRUPCTY        UNSECURED      NOT FILED          .00           .00
AT&T BROADBAND           UNSECURED      NOT FILED          .00           .00
CARSON PIRIE SCOTT       UNSECURED      NOT FILED          .00           .00
CARSON PIRIE SCOTT       NOTICE ONLY    NOT FILED          .00           .00
CITY OF CHICAGO PARKING  UNSECURED        9956.68          .00       2193.26
CITY OF CHGO DEPT OF REV NOTICE ONLY    NOT FILED          .00           .00
CITY OF CHICAGO DEPT OF  NOTICE ONLY    NOT FILED          .00           .00
COMMONWEALTH EDISON      UNSECURED OTH    733.77           .00        161.58
COMMONWEALTH EDISON      NOTICE ONLY    NOT FILED          .00           .00
LABE SAVINGS & LOAN      UNSECURED      NOT FILED          .00           .00
LAKEVIEW NURSING & REHAB UNSECURED      NOT FILED          .00           .00
PATHOLOGY & NUCLEAR SERV UNSECURED      NOT FILED          .00           .00
PATHOLOGY CHP S C        NOTICE ONLY    NOT FILED          .00           .00
PEOPLES GAS LIGHT & COKE UNSECURED OTH       .00           .00           .00
ST JOSEPH UNIVERSAL COLL UNSECURED      NOT FILED          .00           .00
TURNER ACCEPTANCE        UNSECURED      NOT FILED          .00           .00
US CELLULAR              UNSECURED      NOT FILED          .00           .00
US CELLULAR              NOTICE ONLY    NOT FILED          .00           .00
ZALUTSKY & PINSKI LTD    DEBTOR ATTY     1,894.00                    1,894.00
TOM VAUGHN               TRUSTEE                                       251.16
DEBTOR REFUND            REFUND                                          .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                    4,500.00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                  2,354.84
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
              CASE NO. 05 B 09425 DEBBIE L VARGAS

```
ADMINISTRATIVE                                          1,894.00
TRUSTEE COMPENSATION                                      251.16
DEBTOR REFUND                                                .00
                         ---------------    ---------------
TOTALS                         4,500.00           4,500.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 01/28/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE